UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6195-CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
)
vs. )
)
JIMICK L. ADAMS, )
       Defendant. )
_____ )

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests an order from this Court sealing the indictment, arrest warrant, this motion to seal, and the resulting order sealing the same if this motion is granted in the above-captioned matter and to remain sealed in the custody of the Clerk of the Court until such times as the defendant has been arrested. In support thereof, the government submits that the disclosure of the existence of this indictment to the defendant prior to his arrest by law enforcement for the pending charge may cause the defendant to flee the jurisdiction to avoid prosecution.

Wherefore, the United States respectfully requests that the indictment, arrest warrant, this motion, and any resulting order, be SEALED until further order of this Court.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255