UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 6195    CR-Z OCH

)
IN RE: GRAND JURY 99-01       )        MAGISTRATE JUDGE
)                  SELTZER
_____       )

## ORDER TO SEAL

This cause comes before the Court on the Government's Motion to Seal. Considering the

grounds raised in said motion, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that the indictment, arrest warrant, the motion to seal and

this order in the above-captioned matter shall be sealed (except for copies to the Assistant United

States Attorney and the case agent) and shall remain sealed in the custody of the Clerk of the

Court until such time as the defendant is arrested.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 18 day of July

2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:    AUSA Donald F. Chase, II