DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **00-6195** CR-ZLOCH

18 USC §922(g)(1)
18 USC §922(a)(6)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,   )
                            )
vs.                         )
                            )
JIMICK L. ADAMS,            )
                            )
        Defendant.          )
_____ )



## SEALED INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 5, 1998, at Broward County, in the Southern District of Florida, the defendant,

### JIMICK L. ADAMS,

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm in and affecting commerce, to wit, a Mossberg 12 gauge shotgun, in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT II

On or about January 8, 1999, in Broward County, in the Southern District of Florida, the defendant,

### JIMICK L. ADAMS,

in connection with the attempted acquisition of a firearm, to wit, a Mossberg 12 gauge shotgun, from Peoples Pawn Shops, a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the disposition, that is, a redemption, of the firearm under the provisions of Chapter 44, Title 18, United States Code, in that the defendant stated in the Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he had not been convicted in any court of a crime for which the judge could have imprisoned him for more than one (1) year, when in truth and fact, as the defendant then and there well knew, he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year; in violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

FOREPERSON

Steven R. Citri

GUY A. LEWIS
UNITED STATES ATTORNEY

Donald F. Chase, II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JIMICK L. ADAMS | **Superseding Case Information:** |

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s)      Yes ___    No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_        Petty     ___
   II   6 to 10 days     ___        Minor     ___
   III  11 to 20 days    ___        Misdem.   ___
   IV   21 to 60 days    ___        Felony    _x_
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge:                                Case No.
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the                      District of

   Is this a potential death penalty case? (Yes or No) _____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

*Penalty Sheet(s) attached                                       REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name:   JIMICK L. ADAMS         No.: _____

Count #I:
Possession of firearm by convicted felon.

18 U.S.C. §§922(g)(1) and 924(a)(1)

*Max Penalty: 10 years' imprisonment; $250,000 fine.


Count #: II
False statement during attempted acquisition of firearm.

18 U.S.C. §§922(a)(6) and 924(a)(1)

*Max Penalty: 10 years' imprisonment; $250,000 fine.


Count #:


*Max Penalty:


Count #:


*Max Penalty:


*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96

No. _____

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA
vs.
JIMICK L. ADAMS

## INDICTMENT

18 USC §922(g)(1)
18 USC §922(a)(6)

_A true bill._

_____
*Foreperson*

_Filed in open court this _____ day,_

_of _____ A.D. 19_____

_____
*Clerk*

Bail. $ _____