# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JIMICK L. ADAMS

## WARRANT FOR ARREST

CASE NUMBER: 00-6195-CR
2/0ch

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JIMICK L. ADAMS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of a firearm by a convicted felon and false statement during attempted acquisition of a firearm;

in violation of Title 18 United States Code, Section 922(g)(1), 922(a)6), and 924(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

July 18, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at PTD Requested

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JIMICK L ADAMS

ALIAS:

LAST KNOWN RESIDENCE: 3910 North 56 Ave., #311, Hollywood, Fl

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 06/02/74

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'     WEIGHT:

SEX: Male     RACE: Black

HAIR: black     EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: ATF - Fort Lauderdale S/A Lazaro Gomila (954)356-7369