UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6195-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                              MINUTE ORDER

JIMICK L. ADAMS

_____

    A sealed indictment was returned against the above defendant.

    The defendant not having been arrested and 30 days having passed, this case is hereby transferred to fugitive status.

    Dated this 11th day of October, 2000 at Fort Lauderdale, Florida.

                                  AT THE DIRECTION OF THE
                                  HONORABLE WILLIAM J. ZLOCH

                                  CLARENCE MADDOX
                                  CLERK

                     BY: _____
                                CARLINE T. NEWBY
                                DEPUTY CLERK

CC: U. S. Attorney

