UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6195-CR-ZLOCH

UNITED STATES OF AMERICA

v.

JIMICK L. ADAMS

**MINUTE ORDER**

FILED NOV 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

On October 11, 2000, defendant was transferred to fugitive status.

Now that the defendant has been seen in this district, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William J. Zloch for further proceedings.

DATED: 11/13/00

CLARENCE MADDOX, CLERK

BY: Carline T. Newby
Deputy Clerk