UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6195-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JIMICK L. ADMAS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 16, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: __CUSTODY_____

                  Telephone:_____

DEFENSE COUNSEL:  Name:____FEDERAL PUBLIC DEFENDER____

                  Address:_____

                  Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __16TH__ day of __NOVEMBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Denny Butler_
    Deputy Clerk

Tape No. __00-059__

cc: Copy for Judge
    U. S. Attorney