## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: JIMICK L. ADAMS (J) | CASE NO: 00-6195-CR-ZLOCH |
| AUSA: DON CHASE /pres | ATTY: FPD - Tim |
| AGENT: | VIOL: |
| PROCEEDING: PTD / ARRAIGNMENT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: 50,000 CSB w/ Nebbia | To be cosigned by: |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer

Pamela Bradley sworn for cross

Detention denied reduction will be entertained if co-signer, etc, are obtained

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12-7 | 11 | LSS | ✓ |

DATE: 11-16-00   TIME: 1:30 P M   FTL/LSS TAPE # 00 - 059   Begin: 715   End: 1402