# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA   49/423

UNITED STATES OF AMERICA

V.

JIMICK L. ADAMS

**WARRANT FOR ARREST**

**CASE NUMBER:** 00-6195-CR
2/0ch

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JIMICK L. ADAMS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Possession of a firearm by a convicted felon and false statement during attempted acquisition of a firearm;

in violation of Title 18 United States Code, Section   922(g)(1), 922(a)6), and 924(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*(signed)* Jenny Butler
Signature of Issuing Officer

July 18, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at  PTD Requested

by  LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

---

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, Fl ||
| DATE RECEIVED  7/18/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida |
| DATE OF ARREST  11/10/00 | SIGNATURE OF ARRESTING OFFICER  Edward Purchase, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JIMICK L. ADAMS__

ALIAS:

LAST KNOWN RESIDENCE: _3910 North 56 Ave., #311, Hollywood, FL_

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: ___06/02/74__

SOCIAL SECURITY NUMBER: ___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__

HEIGHT: ___6'___   WEIGHT:

SEX: ___Male___   RACE: ___Black___

HAIR: ___black___   EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: _ATF - Fort Lauderdale S/A Lazaro Gomila (954)356-7369_