UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6195-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JIMICK ADAMS,

        Defendant.

_____ /

## NOTICE OF REASSIGNMENT

Effective this date the above captioned case has been assigned to the Assistant Federal

Public Defender specified below. Please send all notices and inquires to this attorney at the

address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
Assistant Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(305) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that copy of the aforementioned motion was mailed on this ___ day of November,
2000 to Donald Chase, Assistant United States Attorney, at 299 East Broward Boulevard, Fort
Lauderdale, Florida 33301.

_____

Patrick M. Hunt