UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.00-6195-CR-ZLOCH (sealed)

UNITED STATES OF AMERICA,
         Plaintff,

vs.

JIMICK L. ADAMS,
         Defendant.
_____/

FILED by _____ D.C.
MAG SEC
NOV 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

The indictment in the above-mentioned case is unsealed as the defendant has made his initial appearance on 11/13/00.

**DONE AND ORDERED** at Miami, Florida this ___13th___ day of NOVEMBER_____, 20_00_____ .

TAPE NO:00H- 43-3193

ROBERT L. DUBE'
UNITED STATES MAGISTRATE JUDGE

c:   AUSA
     DEFENSE COUNSEL
     PRETRIAL SERVICES
     U.S. MARSHAL