UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 006195 Warrant |
| Plaintiff ) | 00-6195-CR-Zloch |
| -vs- ) | REPORT COMMENCING CRIMINAL ACTION |
| Adams, Jimiel L. | I/m Arrested in 66603-00f Miami |
| Defendant | |

TO: CLERK'S OFFICE    MIAMI    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT           (circle one)

NOV 13 2000

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 11/10/00    4:45    a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Felon in Possession

(4) UNITED STATES CITIZEN:    (X)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 06/02/1974

(6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
[X] INDICTMENT    [ ] COMPLAINT    CASE # 006195
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES  [X]NO

AMOUNT OF BOND:$ _____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 11/10/00    (9) ARRESTING OFFICER L. Gomila

(10) AGENCY ATF    (11) PHONE # 786-236-5983

(12) COMMENTS _____