UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6195-CR-ZLOCH

UNITED STATES OF AMERICA )
)
)
v. )
)
)
JIMICK ADAMS, )
)
Defendant. )
_____ )

**NIGHT BOX**
**FILED**

**DEC 5: 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO STANDING DISCOVERY ORDER

The United States files this response to the supplemental Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

A.  2.  The government is aware of oral statements made by the defendants before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial. Attached please find a report of oral statements made by the defendant subsequent his arrest.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

H.  The government will advise the defendant prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.



In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

Dates: December 5, 1998 and January 8, 1999
Place: People Pawn Shops, 2910 SW 30th Avenue, Pembroke Park, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale. Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 5th day of December 2000 to Patrick Hunt, Esq., Assistant Federal Public Defender, 101 NE Third Avenue, Suite 202, Fort Lauderdale, Florida 33301-1100.

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
## REPORT OF INVESTIGATION

Page 1 of f

| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Miami Field Division | Miami Field Division<br>FY-01<br>Report 009 |

**TITLE OF INVESTIGATION:**
ADAMS, Jimick

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| 764010-99-0044 | 9 |

**TYPE OF REPORT:** (Check Applicable Boxes)

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name) | SUBMITTED BY (Title and Office) | SUBMITTED BY (Date) |
|---|---|---|
| Lazaro L. Gomila | Special Agent, HIDTA South | 12/04/2000 |
| **REVIEWED BY** (Name) | **REVIEWED BY** (Title and Office) | **REVIEWED BY** (Date) |
| William M. Hamilton | Resident Agent in Charge, Fort Lauderdale Field Office | |
| **APPROVED BY** (Name) | **APPROVED BY** (Title and Office) | **APPROVED BY** (Date) |
| Hugo J. Barrera | Division Director, Miami Field Division | |

**DESCRIPTION OF ACTIVITY:**
Post Arrest interview of Jimick ADAMS

**SYNOPSIS:**
On November 10, 2000, after being advised of his Miranda rights, Jimick ADAMS made admissions to Special Agent Lazaro Gomila.

**NARRATIVE:**

1. On November 10, 2000, at approximately 7:00 p.m., Special Agent Lazaro Gomila made contact with Jimick ADAMS at the Miami-Dade Police Departments Warrants Bureau Office. Special Agent Lazaro Gomila advised Jimick ADAMS of his Miranda Right via ATF F 3200.10 (Statements of Miranda Rights). ADAMS acknowledged that he (ADAMS) heard and understood his rights. ADAMS stated that he would answer S/A Gomila's Questions.

2. S/A Gomila explained to ADAMS that he (ADAMS) was charged with Felon in possession of a firearm resulting from ADAMS being a felon and pawning a shotgun at Peoples Pawn in Hallandale. ADAMS admitted that he had in fact been convicted in New York and sentenced to five years probation. ADAMS also stated that he (ADAMS) had not reported to his probation officer for a long time.

3. ADAMS stated that he (ADAMS) recalled pawning the shotgun. ADAMS stated that a friend, who ADAMS could not recall his/her name, brought the shotgun by ADAMS house and asked ADAMS to pawn it of him/her. ADAMS said the he (ADAMS) pawned the shotgun and received approximately $60.00. ADAMS stated that he (ADAMS) had no idea he (ADAMS) could get into trouble for pawning the shotgun. ADAMS denied that he returned to the pawnshop to retrieve the firearm. ADAMS stated that " I known't even know where the shotgun is now."

ATF EF 3120.2 (5-98)