```
                HONORABLE MAGISTRATE JUDGE LURANA S. SNOW
                             STATUS CONFERENCE
     (USM do not bring defendants for status hearing)
```

DEFT  HOWARD SMITH                    CASE NO:  00-6082-CR-FERGUSON
AUSA  ROGER POWELL  *Thompson*        ATTY  SCOTT SAKIN
DAVID TUCKER, ESQ. for Larry Hall — *possible plea*

00-062
@1844

DEFT  JIMICK L. ADAMS                 CASE NO:  00-6195-CR-ZLOCH
AUSA  DON CHASE  *Thompson*           ATTY  FPD — *Hunt*

@1937

DEFT  JEFFREY SIBILLE                 CASE NO:  00-6316-CR-FERGUSON
AUSA  TERRY THOMPSON  *pr-*           ATTY  STEPHEN PAVE  *pr-*

12/21 for motion

@1975

DEFT_____  CASE NO:_____
AUSA_____  ATTY_____


DEFT_____  CASE NO:_____
AUSA_____  ATTY_____


DEFT_____  CASE NO:_____
AUSA_____  ATTY_____


DATE  12/7/00                         TIME  11:00

21