UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6195-CR-ZLOCH

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

JIMICK L. ADAMS,    :

    Defendant.    :



### STATUS REPORT

A status conference was held in this cause on December 7, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided and no motions are pending.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of December, 2000.

                                        LURANA S. SNOW
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Donald Chase (FTL)
AFPD Pat Hunt (FTL)