UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6195-CR-ZLOCH

FILED by ___ D.C.
JAN 0 9 2001

UNITED STATES OF AMERICA

v.                                   NOTICE

JIMICK ADAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            January 24. 2000 at 9:30 AM

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH
WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: January 9, 2001

cc:
Donald Chase, Esq., AUSA
Patrick Hunt, Esq., AFPD

