**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6195-CR-ZLOCH**

FILED by _____ D.C.

JAN 1 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

    v.                        NOTICE

JIMICK ADAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                  COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301                February 21. 2001 at 9:30 AM

**CHANGE OF PLEA -RESET BY COURT - COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*[signature]*
BY DEPUTY CLERK

DATE: January 17, 2001

cc:
Donald Chase, Esq., AUSA
Patrick Hunt, Esq., AFPD