FILED by _____ D.C.

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6195-CR-Zloch   DATE 2-21-01

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Jimick Adams

U. S. ATTORNEY Donald Chase   DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 2

RESULT OF HEARING Deft entered a plea of guilty to Count 2

JUDGMENT Court accepted plea a adjudged Deft guilty to Count 2

CASE CONTINUED TO 5-7-01   TIME 9:30   FOR Sentencing

MISC Written Plea Agreement -

26