UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
MAY 0 7 2001

CASE NUMBER 00-6195-Cr-Zloch  DATE 5-7-01
CLERK Carline Newby       REPORTER Carl Schanzleh
PROBATION Tracey Welsh    INTERPRETER

UNITED STATES OF AMERICA  V. Jimmie Adams

U. S. ATTORNEY Dana Washington  DEFT COUNSEL Patrick Hunt
for Donald Chase

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's mtn for downward departure denied - Ct 2 - 27 months custody of BOP - 2 yrs supervised release - $100 assessment -
JUDGMENT Spec Cnds - Participate in drug/Alcohol abuse program - FPD appointed for appeal - Ct recommends facility in Florida.

CASE CONTINUED TO _____ TIME _____ FOR Remaining Ct's dismissed -

MISC _____

30