# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

MAY 0 7 2001

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JIMICK L. ADAMS    Case Number: | 00-6195-CR-ZLOCH |
| | Counsel For Defendant: PATRICK HUNT, ESQ., AFPD |
| | Counsel For The United States: DANA WASHINGTON, ESQ, AUSA |
| | Court Reporter: CARL SCHANZLEH |

**THE DEFENDANT:**

[X] pleaded guilty to count two.

FILED by _____ D.C.
DKTG
JUN 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:922(a)(6) | making a false statement in connection with the attempted acquisition of a firearm | 1/99 | 2 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count one is dismissed on the motion of the United States.

ALL PENDING MOTIONS NOT OTHERWISE DISPOSED OF HEREIN ARE DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 7/2/74
Defendant's USM Number: 66603-004

Defendant's Residence Address:

Defendant's Mailing Address:

5/7/01
Date of Imposition of Judgment

_/s/ William J. Zloch_
Signature of Judicial Officer

**William J. Zloch**
*Chief U.S. District Court Judge*

Date: 5/9/01

DEFENDANT: **ADAMS, JIMICK L.**
CASE NUMBER: **00-6195-CR-ZLOCH**

Judgment-Page _2_ of _8_

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 MONTHS.

[X] The Court makes the following recommendations to the Bureau of Prisons: A FACILITY IN FLORIDA

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at         a.m. / p.m. on

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  [ ] before 2:00 p.m. on

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _06 05 2001_ to _FCC Coleman Medium_

at _Coleman, FL_, with a certified copy of this judgment.

_Carlye J Holder, Warden_
~~UNITED STATES MARSHAL~~

By _Saul Just_
Deputy U.S. Marshal   / J.L.